SOUTHERN DISTRICT OF NEW YORK

Miguel CRUZ

11 CIV. 2506

_(In the space above enter the full name(s) of the plaintiff(s).)_

COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 19

v.

Defendant No. 1 Assist. District Attorney, MR. Jonathan, Reiner

Jury Trial: Yes ___ No ___
(check one)

Defendant No. 2 Asst District Attorney Maria (she was pregnant at time of offense)

Defendant No. 3 Detetive Cooke Major narcotic investigation Bureau

Defendant No. 4 _____

Defendant No. 5 _____

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. No addresses should be included here.)_

I.  Parties in this complaint:

A.  List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name Miguel. CRUZ
             ID # 141-10-03177
             Current Institution Rikers Island A.M.K.C. (C-95)
             Address 18-18 Hazen Street
             East, Elmhurst, N.Y. 11370

B.  List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

1

RECEIVED
APR 05 2011
PRO SE OFFICE

Defendant No. 1   Name __Jonothan Keiner_____ Shield #____
                  Where Currently Employed __Brooklyn A.D.A.__
                  Address __350 Jay Street__
                  __B'klyn N.Y. 11201__

Defendant No. 2   Name __Maria_____ Shield #____
                  Where Currently Employed __Brooklyn A.D.A.__
                  Address __350 Jay Street__
                  __B'klyn, N.Y. 11201__

Defendant No. 3   Name __David Cook_____ Shield #____
                  Where Currently Employed __Major narcotic investigation Bureau__
                  Address _____

Defendant No. 4   Name _____ Shield #____
                  Where Currently Employed _____
                  Address _____

Defendant No. 5   Name _____ Shield #____
                  Where Currently Employed _____
                  Address _____

## II. Statement of Claim:

State as briefly as possible the **facts** of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur? __In the ~~A.D.A.~~ District Attorney Building in the major nacartic investigation Room I believe it was. (I can show you the entrance and the room once on that floor.)__

B. Where in the institution did the events giving rise to your claim(s) occur? __In a closed room__

C. What date and approximate time did the events giving rise to your claim(s) occur? __February 22nd 2010 at about 12noon until late night on the 25th of february 25 or 26th 2010__

2

**What happened to you?** a violation of my 6, 8 & 14 Amendment. They had me handcuffed to the bottom of a chair with no food, shower or use of a bathroom for 4-5 days. I was threatened by one of the Detectives that if I didn't give a statement that he would arrest my step Daughter. So I gave a statement and they did it without a lawyer present in front the Detectives and Both A.D.A's. and they never read me my Rights.

**Who did what?** One of the Detectives handcuffed me to the bottom of the chair so I can sleep on the floor. And A.D.A. Reiner & Maria told me if I give a statement that I wouldn't do more than 6 years.

**Was anyone else involved?** no just the Detectives and the two A.D.A's

**Who else saw what happened?** the lawyer they appointed me on the afternoon of the second day I was in that Room Ms. Judy Clarke

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. no injuries just a massive amount of weight loss for them starving me.

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act of 1995, 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?
Yes ___ No ✓

3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). __N/A__

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ___ No ___ Do Not Know √

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ___ No ___ Do Not Know √

If YES, which claim(s)? ___

D. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose not cover some of your claim(s)?

Yes ___ No ___ Do Not Know √

If YES, which claim(s)? ___

E. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ___ No √

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___ No √

F. If you did file a grievance, about the events described in this complaint, where did you file the grievance? __My lawyer told me not to until I was sentenced.__

1. Which claim(s) in this complaint did you grieve? __none__

2. What was the result, if any? __N/A__

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. __N/A__

4

G. If you did not file a grievance, did you inform any officials of your claim(s)?

Yes ✓ No ___

1. If YES, whom did you inform and when did you inform them? to my lawyers at the time of occurance. And they told me I can suit. for unlawful imprisonment and Cruel and unusual punishment and for the A.D.A.'s Allowing the Detective to threaten me and handcuff me to the Chair and I wrote Judge Danny Chong about it an nothing was Done

2. If NO, why not? N/A

I. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. My last lawyer said he told the Surpervising A.D.A. 'Lawrence O and he did nothing about it neither

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the court to do for you. I want to place a lawsuit against all parties in the Sum of $25,000,000.00 for unlawful imprisonment Cruel and unusual Punishment and violation several of my Constitional and Amendment Rights.

VI. Previous lawsuits:

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___ No ✓

5

If your answer to A is YES, describe each lawsuit in questions 1 through 7 on the next page. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to this previous lawsuit:
Plaintiff _____N/A_____
Defendants _____N/A_____

2. Court (if federal court, name the district; if state court, name the county) __N/A__

3. Docket or Index number _____N/A_____
4. Name of Judge assigned to your case _____N/A_____
5. Approximate date of filing lawsuit _____N/A_____
6. Is the case still pending? Yes ___ No __N/A__
If NO, give the approximate date of disposition _____N/A_____
7. What was the result of the case? (for example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____N/A_____

On other claims

D. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment? Yes ___ No __✓__

E. If your answer to D is YES, describe each lawsuit in questions 1 through 7 on the next page. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to this previous lawsuit:
Plaintiff _____N/A_____
Defendants _____N/A_____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____N/A_____
4. Name of Judge assigned to your case _____N/A_____
5. Approximate date of filing lawsuit _____N/A_____
6. Is the case still pending? Yes ___ No __N/A__
If NO, give the approximate date of disposition _____
7. What was the result of the case? (for example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

Signed this 18th day of March, 2011. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Plaintiff _____

Inmate Number 141-10-03177

Mailing address 18-18 Hazen Street
A.M.K.C. (C-95)
East Elmhurst, N.Y. 11370

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 18th day of March, 2011, I will deliver this complaint to prison authorities to be mailed to the Pro Se Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

rev. 09/04

3-18-11

To whom it may concern:

My lawyer also informed both A.D.A's that their C.I. (Cap) had went to my house a threatened to kill my family and me in any prison I go if I was to tell any one that he's the Confidential informant. And my lawyer said that when he told A.D.A. Jonathan Reiner that, that all he said was "I know" and looked at my lawyer and laughed and with the information I gave them they made several arrest with broken promises of giving me less then Six years for the 32 count Indictment and I was Sentenced to 8 years with 5 post Running Concurrent with 7-14 years. And they threatened if I take it to trial they give me 30-40 years.

*[signature]*

P.S. And my lawyer verified the arrests they made with that information he gave them. And the new Judge in part #20 (Supreme Court B'klyn) was pass the letter by Judge D. Chong and he asked to take it into serious consideration and she did nothing just laughed... And said it wasn't in a form of a motion. I'm not a career Drug dealer nor a criminal for the harsh sentence my record should say it all.